UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANK BROXSON,

    Plaintiff,

v.                                                      CASE NO.:

MCDONALD'S CORPORATION,

    Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, MCDONALD'S CORPORATION, notices the removal of the civil action bearing Case Number 2026CA000848AX on the docket of the Circuit Court of the Twelfth Judicial Circuit in and for Manatee County, Florida, to the United States District Court for the Middle District of Florida – Tampa Division.  This Court has jurisdiction under 28 U.S.C. § 1332, diversity jurisdiction.  The grounds for removal are as follows:

**I.**

Plaintiff, Frank Broxson, commenced a personal injury civil action by filing a Complaint on April 2, 2026, in the Circuit Court of the Twelfth Judicial Circuit, in and for Manatee County.  According to the Complaint, Plaintiff sustained damages as a result of an alleged slip and fall incident.

## II.

This Court has jurisdiction over this civil action pursuant to 28 U.S.C. § 1332. Specifically, Plaintiff and Defendant are of diverse citizenship. According to Plaintiff's Complaint, he is a resident of Manatee County, Florida, and Plaintiff's Application for Determination of Civil Indigent Status likewise reflects Florida residency. *See* **Exhibit A**. Additionally, Plaintiff maintains a Florida driver's license, has a Florida telephone number, 941-720-XXXX, multiple traffic, law-enforcement, and court records identify Plaintiff as residing in Bradenton, Manatee County, Florida, and Plaintiff has been arrested, booked, and incarcerated in Manatee County, Florida, numerous times over the past several years. Public records reflect no residences maintained by Mr. Broxson except in Manatee County, Florida. Consequently, he is a citizen of the State of Florida. Defendant, McDonald's Corporation, is a foreign corporation incorporated under the laws of Delaware with its principal place of business in Chicago, Illinois. *See* a copy of the most recent Securities and Exchange Commission (SEC) Form 10-K, **Exhibit B**. Therefore, McDonald's Corporation is a citizen of Delaware and Illinois for diversity purposes under 28 U.S.C. § 1332(c)(1).

## III.

The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. In Count I of Plaintiff's Complaint, Plaintiff asserts a claim for negligence alleging that as a result of the subject incident, he "suffered injuries, including slipped discs and nerve damage." *See* Pl. Complaint, ¶ 4. He further alleges that his injuries are permanent in nature, and have resulted in disability, loss of functional capacity, and loss of enjoyment of life." *Id.,* ¶ 5. In the *ad damnum* clause to Count I of the Complaint, Plaintiff "demands judgment for compensatory damages in the amount of $450,000.00, plus costs."

In Count II for Gross Negligence against Defendant, Plaintiff alleges that he "suffered permanent injuries, disability, pain and suffering, medical expenses, loss of earning capacity, and loss of enjoyment of life." *Id.,* ¶ 5. In the *ad damnum* clause of Count II, Plaintiff "demands judgment for compensatory damages in the amount of $450,000.00, punitive damages as allowed by law, plus costs." *Id.*

The *ad damnum* clause is precisely what courts generally look to first in ascertaining the amount in controversy. *See Golden v. Dodge-Markham Co., Inc.,* 1 F. Supp. 2d 1360, 1363 (M.D. Fla. 1998). Plaintiff's own Complaint, therefore, establishes that the jurisdictional threshold for this diversity action has been exceeded.

## IV.

Removal is timely pursuant to 28 U.S.C. § 1446(b)(3) as this Notice of Removal is being filed within thirty (30) days of service on Defendant which was April 21, 2026.

## V.

Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings, orders, and discovery entered upon the Manatee County Circuit Court docket are being filed with this Court consistent with its electronic filing procedures.

## VI.

Concurrent with the filing of this Notice of Removal, notice is being given to all parties, and a copy of this Notice of Removal is being filed with the Clerk of Court for the Twelfth Judicial Circuit Court in and for Manatee County, Florida.

Wherefore, Defendant McDonald's Corporation gives notice that the proceeding bearing Case Number 2026CA000848AX on the docket of the Circuit Court of the Twelfth Judicial Circuit in and for Manatee County, Florida, entitled *Frank Broxson v. McDonald's Corporation,* is removed therefrom to the docket of this Court for trial and determination as provided by law. McDonald's Corporation prays that this Court enter such orders and

issue such processes as may be proper to bring before it a copy of all records and proceedings in State Court and there upon proceed with this civil action as if it had originally commenced in this Court.

Respectfully submitted:

*/s/ Scott P. Yount*
Scott P. Yount, FBN: 0021352
***Lead Counsel per LR 2.02***
Khin Khant, FBN: 1044194
Garrison, Yount, Forte & Mulcahy, L.L.C.
601 Bayshore Boulevard, Suite 800
Tampa, Florida 33606
Phone: 813-275-0404
Fax: 813-275-0304
E-Mail: syount@garrisonyount.com
E-Mail: kkhant@garrisonyount.com
E-Mail: lvalentin@garrisonyount.com
Attorneys for Defendant, McDonald's Corporation