**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT**
**IN AND FOR MANATEE COUNTY, FLORIDA**

**FRANK BROXSON**, Plaintiff,

v.

**MCDONALD'S CORPORATION**, Defendant.

Case No.: ___________________

## COUNT I – NEGLIGENCE

Plaintiff realleges and incorporates paragraphs 1 through 4 as if fully set forth herein.

1. Defendant owed a duty to maintain the premises in a reasonably safe condition and to warn of dangerous conditions.

2. Defendant breached that duty by failing to properly maintain the premises and failing to provide adequate warning of a hazardous condition.

3. The wet floor warning sign was not placed within a clear plane of view and was positioned in a manner that failed to adequately warn patrons entering the premises.

4. As a direct and proximate result, Plaintiff suffered injuries including slipped discs and nerve damage.

5. Plaintiff's injuries are permanent in nature and have resulted in disability, loss of functional capacity, and loss of enjoyment of life.

6. Plaintiff is college educated and has suffered a diminished ability to fully utilize his education, skills, and earning capacity as a result of these injuries.

WHEREFORE, Plaintiff demands judgment for compensatory damages in the amount of $450,000.00, plus costs.

## COUNT II – GROSS NEGLIGENCE

Plaintiff realleges and incorporates all prior paragraphs as if fully set forth herein.

1. Defendant had actual or constructive knowledge of the hazardous condition prior to Plaintiff's fall.

2. The hazardous condition was corrected moments after Plaintiff fell, demonstrating that it could and should have been remedied earlier.

3. After the incident, a manager asked Plaintiff whether he had hit his head, indicating awareness of the seriousness of the hazardous condition.

4. Defendant's actions and omissions constituted a conscious disregard for the safety of patrons, rising to the level of gross negligence.

5. As a direct and proximate result, Plaintiff suffered permanent injuries, disability, pain and suffering, medical expenses, loss of earning capacity, and loss of enjoyment of life.

WHEREFORE, Plaintiff demands judgment for compensatory damages in the amount of $450,000.00, punitive damages as allowed by law, plus costs.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands trial by jury on all issues so triable as a matter of right.

DATED: April 2, 2026

Signature: Frank Broxson

Frank Broxson

4115 27th Ave

Bradenton, FL 34205

(941) 720-2636

Broxsons@gmail.com